# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Antonio Pacheco CANELA**; DOB: 1994; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO. **22-01735MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 5, 2022, in the District of Arizona, **Antonio Pacheco CANELA**, knowing or in reckless disregard that certain aliens, including Jose Acosta-Alvarez and Maricarmen Alvarez-Lopez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about May 5, 2022, in the District of Arizona (Sierra Vista), a United States Border Patrol Agent (BPA) responded to a request for assistance from Cochise County Sheriff's Office (CCSO) regarding a possible smuggling event. The BPA arrived and met with the CCSO Deputy who said he stopped and cited a 2005 Ford Expedition driven by **Antonio Pacheco CANELA** for following too closely and no continuous signal for a 100-foot right turn. The Deputy said when he approached the Expedition, he noticed five subjects who were lying down shoulder-to-shoulder in the rear cargo area and suspected them to be undocumented non-citizens (UNC). The BPA questioned the passengers who admitted to being in the United States illegally, including Jose Acosta-Alvarez and Maricarmen Alvarez-Lopez.

Records checks revealed that Acosta and Alvarez did not have the proper immigration documentation to enter or remain in the U.S. legally.

Acosta said he illegally crossed the International Boundary Fence as part of a group and followed a guide to the pick-up location. Acosta said the guide showed them the way and when the vehicle arrived, the guide told them to get in. Acosta said he took off his camouflaged clothing inside the vehicle and moved to the back cargo compartment.

Alvarez she illegally crossed the International Boundary Fence as part of a group and arrived at the highway where she got into a car wearing camouflaged clothing.

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: Jose Acosta-Alvarez and Maricarmen Alvarez-Lopez

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA HNS/rr _[signature]_ | SIGNATURE OF COMPLAINANT<br>_[signature]_<br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x  | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>_[signature]_ | DATE<br>May 6, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54